# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 FEB 23  AM 8:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANCISCO MONDRAGON-RODRIGUEZ,<br><br>                    Defendant. | CASE NO. 10CR2281-JLS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_   the Court has dismissed the case for unnecessary delay; or

**X**   the Court has granted the motion of the Government for dismissal; or

\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of the Indictment/Information: <u>18 USC §922(g)(5)(A) & 924 (a)(2)  - Illegal Alien In Possession of Firearm.</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 22, 2011

_____
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE